**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                             **CASE NO. 4:13CR00328 BSM**

**ROBERT KARR**                                                    **DEFENDANT**

## FINAL ORDER OF FORFEITURE

The government's motion for forfeiture of property [Doc. No. 90] is granted. On June 19, 2014, a preliminary order of forfeiture was entered, ordering defendant Robert Karr to forfeit his interest in:

    A.    One Bushmaster, model XM-15E2S, AR 15 type rifle, .223 caliber, serial number L252329;

    B.    One Stoeger, model 2000, 12 gauge shotgun, serial number 023693;

    C.    One Taurus, model PT 101 AFS, .40 caliber pistol, serial number SOE-88584;

    D.    Assorted ammunition seized from Robert Karr on February 27, 2013.

The order provided it would become final at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. Karr was sentenced, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED this 19th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE